**John Dee STEWARD, Appellant,**

v.

**LEWIS, Guard, Jackson County Jail; Hawkins, Correctional Officer; Stewart, Correctional Officer; James, Dr.; C.O., Appellees.**

**No. 00–4012.**

United States Court of Appeals, Eighth Circuit.

Submitted April 12, 2001.

Decided April 26, 2001.

Before BYE, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John Dee Steward appeals the district court's[1] grant of summary judgment to jail personnel in his 42 U.S.C. § 1983 ac-

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

tion. We grant Steward leave to appeal in forma pauperis (IFP), assess the filing fee according to the provisions of the Prison Litigation Reform Act (PLRA), and leave the collection details to the district court. After carefully reviewing the record and Steward's submission on appeal, we affirm, see 8th Cir. R. 47A(a), but we modify the district court's order to reflect that the disposition will not count against Steward under the PLRA's three-strike provision, see 28 U.S.C. § 1915(g) (prohibiting prisoner from proceeding IFP if he has three or more times in past brought civil action that was dismissed because it was frivolous, malicious, or failed to state claim).

A true copy.